JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**DENNIS CONSTANTINO BANDY, et al.,**<br><br>Defendants. | Case No. CV 12-09664 WDK (PLAx)<br><br>**JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Dennis Constantino Bandy, individually and doing business as Ambiente, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Dennis Constantino Bandy, individually and doing business as Ambiente, as follows:

(a) defendant Dennis Constantino Bandy, individually and doing business as Ambiente, shall pay the plaintiff, J & J Sports Productions, Inc., $33,600.00 in total damages plus attorneys' fees in the amount of $2,616.00 plus costs.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendant or the pro se defendant in this matter.

Dated: August 6, 2015

_____

William Keller
United States District Judge